**MISC 19-0072**

DeARCY HALL, J.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y.
JAN 10 2019
BROOKLYN OFFICE

## MISCELLANEOUS CASE INFORMATION SHEET

| **PLAINTIFF:** ISRAEL ROTHBART | **DEFENDANT:** |
|---|---|

**IN THE MATTER OF:**
EX PARTE APPLICATION OF ISRAEL ROTHBART FOR AN ORDER PURSUANT TO 28 USC 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDING

**CAUSE OF ACTION:**

**RELIEF SOUGHT:**
ORDER PURSUANT TO 28 USC 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDING

| **ATTORNEY FOR PLAINTIFF:** LAW OFFICE OF JOSEPH J. SCHWARTZ, P.C. 3118 QUENTIN ROAD BROOKLYN, NEW YORK 11234 PHONE: 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 EMAIL: JOSEPH@JSALAWPC.COM | **ATTORNEY FOR DEFENDANT:** |
|---|---|

I am currently a member in good standing of the bar of this Court:   ☑ YES   ☐ NO

**Signature of Attorney of Record:** Joseph J. Schwartz (Digitally signed by Joseph J. Schwartz, Date: 2019.01.04 10:17:18 -05'00')   **Date:** 01/04/2019