

**LAW OFFICE OF JOSEPH J. SCHWARTZ, P.C.**
3118 Quentin Road
Brooklyn, New York, 11234
P: 347.566.4623
F: 347-757-4166
joseph@jsalawpc.com

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

☆ JAN 1 0 2019 ☆

BROOKLYN OFFICE

January 7, 2019

DeARCY HALL, J.

**MISC 19 - 0072**

**VIA HAND DELIVERY**

Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Application of Israel Rothbart for Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery to use in Foreign Proceeding*

Case No.:   E.D.N.Y. 1:19-cv-00066

Dear Clerk of the Court:

This office represents the Claimant, Israel Rothbart, in the above-referenced matter. The undersigned commenced this application on January 4, 2019 via the CMF online filing system. However, due to a misunderstanding on our part, this matter was commenced under the above-referenced Civil Action case number, instead of a Miscellaneous Action case number. It is our understanding that due to this inaccuracy, the online CMF system did not properly assign this matter and, furthermore, we were unable to remit payment for the required fee.

In accordance with directions provided to us over the telephone by a representative of the Clerk's Office Case Opening desk, we are submitting a hard copy of this application so that it can be properly re-assigned a Miscellaneous Action number and we may remit the required fee at the Courthouse for this application to be processed.

We thank the Court for its assistance in this matter and we are readily available should the Court have any further questions.

Sincerely,

Joseph J. Schwartz, Esq.

Enc.