Joseph J. Schwartz, Esq.
Law Office of Joseph J. Schwartz, P.C.
3118 Quentin Road
Brooklyn, New York 11234
Phone: (347) 566-4623
Fax: (347) 757-4166
joseph@jsalawpc.com

*Attorneys for Claimant Israel Rothbart*

### UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | |
|---|---|
| In re: Application of ISRAEL ROTHBART for an Order to Conduct Discovery for Use in a Foreign Legal Proceeding Pursuant to 28 U.S.C. § 1782 | Misc. Action No. _____ <br><br> **ORDER** |

-----------------------------------------------------------x

THIS MATTER having been brought by application Israel Rothbart ("Claimant"), by and through his attorneys at the Law Office of Joseph J. Schwartz, P.C., on an Application Pursuant to 28 U.S.C. § 1782 (the "Application"); and the Court having considered the papers submitted in support thereof; and for good cause shown;

IT IS on this _____ day of _____, 2019, hereby:

ORDERED that Claimant's Application seeking discovery from Livi Kraus a/k/a Levi Kraus a/k/a Levi Yitzchak Kraus ("Kraus"), resident of Brooklyn, New York, for use in *Israel Rothbart v. Morris Rothbart (In re: Estate of Janos Rothbart Deceased")*, SUB-39329/18, High Court of Justice, Family Division, The Principal Registry, United Kingdom (the "U.K. Proceeding") pursuant to 28 U.S.C. § 1782 is hereby GRANTED; it is

FURTHER ORDERED that Claimant is authorized to issue the Subpoena in the form attached as Exhibit H to the Declaration of Joseph J. Schwartz seeking deposition testimony and the production of documents from Kraus; it is

FURTHER ORDERED that Claimant is authorized to issue further subpoenas to Kraus for additional documents and testimony relating to the U.K. Proceeding as Claimant may deem reasonably appropriate during the course of the U.K. Proceeding and/or subsequent related proceedings; it is

FURTHER ORDERED that counsel for Claimant is hereby appointed to take deposition testimony, receive documents and administer oaths related to all discovery conducted by Claimant pursuant to this Order; it is

FURTHER ORDERED that all discovery conducted by Claimant pursuant to this Order shall be conducted in accordance with the Federal Rules of Civil Procedure; and it is

FURTHER ORDERED that Claimant shall serve copies of this Order and any subpoenas issued pursuant to this Order on the parties in the U.K. Proceeding.

_____
Hon.